UNITED STATES of America, Plaintiff—Appellee,

v.

David M. SCATES, Defendant— Appellant.

No. 05–7222.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 20, 2005.

Decided: Oct. 31, 2005.

David M. Scates, Appellant Pro Se. Stephen Wiley Miller, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David M. Scates appeals the district court's order denying his "Motion to Correct Record" pursuant to Fed.R.Crim.P. 36. We have reviewed the record and the district court's order and find no reversible

error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Scates*, No. CR–98–87 (E.D.Va. July 18, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*